Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED
CHARLOTTE, NC

NOV 1 2 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the

__WESTERN__ District of __NORTH CAROLINA__

__5TH__ Division

| | | |
|---|---|---|
| Trivas Lemones Johnson<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) ) ) ) ) | Case No. 1:25-cv-00402-KDB<br>*(to be filled in by the Clerk's Office)* |
| -v- STATE OF NORTH CAROLINA<br>AND<br>OFFICER T. MARROW, OFFICER MICKEY RAMSEY<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) ) ) ) ) ) ) ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Trivas Lemones Johnson
- All other names by which you have been known:
- ID Number: #229060
- Current Institution: Cleveland County Annex Jail
- Address: 100 Justice Pl.
  Shelby, NC 28150

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
- Name: T. Marrow
- Job or Title (if known): Correction Officer
- Shield Number:
- Employer:
- Address: 100 Justice Pl.
  Shelby, NC 28150
- [✓] Individual capacity  [✓] Official capacity

Defendant No. 2
- Name: Mickey Ramsey
- Job or Title (if known): Correction Officer
- Shield Number:
- Employer:
- Address: 100 Justice Pl.
  Shelby, NC 28150
- [✓] Individual capacity  [✓] Official capacity

Page 2 of 11

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____ City  _____ State  _____ Zip Code
  [ ] Individual capacity  [ ] Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____ City  _____ State  _____ Zip Code
  [ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  1ST, 5TH, 6TH, 8TH, AND 14TH "AMENDMENT"

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

MY 1ST ADMENMENT I WAS EXERCISING AND WAS TOLD I WAS WRONG, I GOT ASSUALTED IN THE PROCESS

OFFICER T. MARROW & MICKEY RAMSEY, ASSAULTED ME ON AUG. 12, 2025 INDIVIDUAL.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

IN THE MORNING AROUND AND BETWEEN 8:00AM 8:30AM AUGUST 12TH, 2025 SHELBY, NC CLEVELAND COUNTY ANNEX JAIL

C. What date and approximate time did the events giving rise to your claim(s) occur?

AUGUST 12TH, 2025 BETWEEN 8:05 AM - 8:30 AM TUESDAY MORNING.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

IT'S CAMERA FOOTAGE OF THE INCIDENT
③ OFFICER NEAL, A WITNESS ON MY BEHALF
④ OFFICER J. MARROW
I WAS THE ONE ASSAULTED!

OFFICERS INVOLVED
① M. RAMSEY
② T. MARROW — WAS THE ONE WHO ASSAULTED ME WITH HIS CLOSED FIST, THEY BLAMED ME

I WAS ACCUSED OF ASSAULTING (2) OFFICIALS

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

INJURIED RIGHT HAND — I ASK FOR A X-RAY FOR MY HAND THEY SAID IT WAS NOTHING WRONG MAYBE A SPRANG HAND

A BUSTED LIP, BUSTED NOSE, 3 KNOTS ON MY HEAD (FOREHEAD)

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

IM ASKING FOR $99,999.00 FOR THE TWO OFFICERS WHO ASSAULTED ME. OFFICER T. MARROW, AND OFFICER NEAL, AND J. MARROW WAS HOLDING AND SHOVING ME WHILE OFFICER MICKEY RAMSEY ASSAULT ME WITH HIS CLOSED FIST. I WOULD LIKE TO BE COMPENSATED DUE TO MENTAL ILLNESS AND THE STATE VIOLATING MY RIGHTS 1ST, 5TH, 6TH, 8TH AND 14TH ADMENMETS PROLONGI MY STAY IN JAIL, AND THE ASSUALT CHARGE IM ACCUSED OF.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

CLEVELAND COUNTY ANNEX JAIL — "407 MCBRAYER ST." SHELBY, NORTH CAROLINA 28150

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

"407 MCBRAYER ST." 28150
CLEVELAND COUNTY ANNEX JAIL SHELBY, NORTH CAROLINA

2. What did you claim in your grievance? "I ASK FOR FULL NAMES" OF THE OFFICERS IN THE INCIDENT. I OBSERVED A OFFICER IN THIS INCIDENT AROUND ME TODAY 9/17/25 8:24 A.M WEDNESDAY TO KEEP THE OFFICERS IN THE INCIDENT AWAY, AND CAMERA FOOTAGE

3. What was the result, if any? I WAS TOLD TO CONTACT A LAWYER FOR FULL NAMES OF THE OFFICERS INVOLED IN THIS INCIDENT AND FOR CAMERA FOOTAGE AND ALL THE FULL NAMES OF THE OFFICERS AND VIDEO FOOTAGE WOULD HAVE TO BE COURT ORDER BY A JUDGE.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)
I WAS TOLD TO DOCUMENT EVERYTHING ON A KIOSK, SO IT CAN BE TRACKED BETTER, AND TO NOT EXPLAIN NOTHING TO ANY OFFICER, BUT TO DO IT ON THE GRIEVANCE LEVEL ON THE KIOSK YES, I APPEAL IT, BUT WAS DENIED BY THE CPT. OF THE JAIL NAME: CPT. M. MAUNEY I HAVE ALL THIS DOCUMENTED!

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I FILED A GRIEVANCE

① SGT. YOUNG
② SGT. ROBINSON
③ CPT. M. MAUNEY
④ L.T. A. GLENN

I INFORM ALL NAMES OF OFFICIALS LISTED DAYS AFTER THE INCIDENT ON AUGUST 12TH, 2025

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/P

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ___N/A___
   Defendant(s) ___N/A___

2. Court *(if federal court, name the district; if state court, name the county and State)*
   ___N/A___

3. Docket or index number
   ___N/A___

4. Name of Judge assigned to your case
   ___N/A___

5. Approximate date of filing lawsuit
   ___N/A___

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ___N/A___

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    N/A
   Defendant(s)    N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition    N/P

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: NOV. 9TH 2025

Signature of Plaintiff: *Trivas L. Johnson*
Printed Name of Plaintiff: TRIVAS LEMONES JOHNSON
Prison Identification #: #229060
Prison Address: 100 JUSTICE PL.
SHELBY / NC / 28150
*City / State / Zip Code*

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
_____
*City / State / Zip Code*
Telephone Number: _____
E-mail Address: _____

MAILING ADDRESS ALSO FOR ME, MY MOTHER'S ADDRESS
(5319 POPLAR SPRINGS DR.
CHARLOTTE, NORTH CAROLINA 28269)